UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Mar 27 2020

Arthur Johnston, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALFONSO NUZZO AND LESA NUZZO**                   **PLAINTIFFS**

**v.**                                                      **CAUSE NO.:  3:19-CV-210-HTW-LRA**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                             **DEFENDANT**

## ORDER DENYING PLAINTIFFS' MOTION TO QUASH SUBPOENA *DUCES TECUM* TO MISSISSIPPI BOARD OF PHARMACY

The above-styled and numbered cause came before the Court for telephonic hearing of the Motion of the Plaintiff (Alfonso Nuzzo) to Quash Subpoena *Duces Tecum* served by the Defendant to the Mississippi Board of Pharmacy, and the Court having heard argument of counsel, and being duly advised in the premises, finds that the Motion is not well taken, and therefore is denied. However, the Court finds that there should be a limitation as to the time period covered by production by the Mississippi Board of Pharmacy, who was served with the Subpoena, and there should be conditions imposed as to said production. Therefore, subject to the conditions set forth in this of this Order, the Court finds and hereby orders that the Mississippi Board of Pharmacy shall produce any and all records pertaining to Alfonso Nuzzo, maintained pursuant to Mississippi Code §73-21-127, for the years 2016 to the present, and production shall be made within fifteen (15) days of receipt of this Order. However, said production shall assure confidentiality of the records by requiring the records not be produced in a manner exposing the records to the public, and shall be produced simultaneously to the Plaintiffs and the Defendant,

through the parties' respective counsel of record. Moreover, after review, the Plaintiffs may then designate all or part of the records as CONFIDENTIAL under and subject to the terms of the Agreed Protective Order previously entered by the Court in this matter.

**SO ORDERED,** this the 27TH day of March 2020.

s/Linda R. Anderson
**UNITED STATES MAGISTRATE JUDGE**

**APPROVED AS TO FORM:**           **PREPARED BY:**

/s/ *William C. Griffin*            /s/ *John A. Banahan*
**WILLIAM C. GRIFFIN (MSB 5021)**   **JOHN A. BANAHAN (MSB 1731)**
Attorney for Plaintiffs,            Attorney for Defendant,
Alfonso Nuzzo and Lesa Nuzzo        State Farm Mutual Automobile
                                    Insurance Company