UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ALFONSO NUZZO AND LESA NUZZO                                   PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:19-CV-210-KHJ-LGI

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                DEFENDANT

ORDER

Before the Court is Plaintiffs Alfonso ("Al") and Lesa Nuzzo's Motion in Limine [124]. The Nuzzos ask the Court to exclude: (1) testimony from State Farm's insurance claims-handling expert, Jack Williams, (2) evidence that Al receives disability insurance payments as his source of income, and (3) testimony and evidence that there was no contact between the vehicles involved in the alleged accident. *Id.* at 2–3. The Court addressed these matters in its Order dated March 17, 2021. To the extent that the Nuzzos' motion asks the Court to reconsider its earlier ruling, the Court declines to do so. The Court therefore DENIES the Nuzzos' Motion in Limine [124].

SO ORDERED this 31st day of August, 2021.

*/s Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE