IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALFONSO NUZZO AND LESA NUZZO**                            **PLAINTIFFS**

v.                                                      **CAUSE NO.: 3:19-CV-210-KHJ-LGI**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                         **DEFENDANT**

## ENTRY OF APPEARANCE

**COMES NOW**, Jessica L. Dilmore, on behalf of Simmons Dallas, PLLC, and hereby enters her Entry of Appearance as counsel on behalf of the Plaintiffs, Alfonso Nuzzo and Lesa Nuzzo, in the above-styled and numbered matter.

**DATED:** September 2, 2021

                                                            Respectfully submitted,

                                                            **ALFONSO NUZZO AND LESA NUZZO,
PLAINTIFFS**

                             BY:    */s/Jessica L. Dilmore*
                                                   JESSICA L. DILMORE

**COUNSEL:**

Jessica L. Dilmore, MS Bar No. 105266
William C. Griffin, MS Bar No. 5021
Heber S. Simmons, III, MS Bar No. 8523
Bobby L. Dallas, MS Bar No. 5778
SIMMONS DALLAS, PLLC
240 Trace Colony Park Drive, Suite 200
Ridgeland, Mississippi 39157
Telephone: 601.933.2040
Facsimile: 601.933.2050

## CERTIFICATE OF SERVICE

I, **JESSICA L. DILMORE**, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent the notification of such filing to counsel of record.

THIS the 2nd day of September 2021.

                                              */s/Jessica L. Dilmore*
                                              JESSICA L. DILMORE